**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: MARY KOCIS, AN            :   No. 552 MAL 2016
INCAPACITATED PERSON         :
                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
PETITION OF: EVELYN KOCIS AND   :
ELIZABETH KOCIS                 :

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.